```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 44604
   ROSS A HAYNES
   SHARON L RAMIREZ                          CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
  SSN XXX-XX-6128     SSN XXX-XX-7899

------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/06/2005 and was confirmed 01/04/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  33.44% from remaining funds.

     The case was paid in full 10/07/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
CAPITAL ONE                UNSECURED OTH   24226.72           .00       8100.72
CARMAX AUTO FINANCE        SECURED          4375.00        118.07       4375.00
CARMAX AUTO FINANCE        UNSECURED OTH    4017.54           .00       1343.35
ECAST SETTLEMENT CORP      UNSECURED OTH   17919.25           .00       5991.68
RESURGENT CAPITAL SERVIC   UNSECURED OTH   14235.80           .00       4760.04
ECAST SETTLEMENT CORP      UNSECURED OTH   22834.64           .00       7635.24
SAM'S CLUB                 UNSECURED      NOT FILED           .00           .00
LEGAL HELPERS PC           DEBTOR ATTY     2,100.00                    2,100.00
TOM VAUGHN                 TRUSTEE                                     2,295.90
DEBTOR REFUND              REFUND                                          .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               36,720.00

PRIORITY                                         .00
SECURED                                     4,375.00
    INTEREST                                  118.07
UNSECURED                                  27,831.03
ADMINISTRATIVE                              2,100.00
TRUSTEE COMPENSATION                        2,295.90
DEBTOR REFUND                                    .00
                     ---------------      ---------------
TOTALS                36,720.00            36,720.00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 44604 ROSS A HAYNES & SHARON L RAMIREZ

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/28/09 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 05 B 44604 ROSS A HAYNES & SHARON L RAMIREZ